1024

[No. 55767-0-I. Division One. January 30, 2006.]

THE STATE OF WASHINGTON, *Appellant,* v. VANCE McGEE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 94-1-08451-4, Ronald Kessler, J., entered February 18, 2005. *Reversed* by unpublished opinion per Becker, J., concurred in by Cox, C.J., and Coleman, J.

[No. 55948-6-I. Division One. January 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD LYNN ALBRECHT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-14223-3, John P. Erlick, J., entered March 7, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56079-4-I. Division One. January 30, 2006.]

SHAKESPEAR N. FEYISSA, *Appellant,* v. SEATTLE PACIFIC UNIVERSITY, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-01972-9, Gregory P. Canova, J., entered March 22, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56165-1-I. Division One. January 30, 2006.]

JAMES LYNCH, *Appellant,* v. HARRY CLARK ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 04-2-29734-6, Helen Halpert, J., entered April 21, 2005. *Affirmed* by unpublished per curiam opinion.